### Ira Ladd v. John Duncan and another.

*Costs.* A judgment in *assumpsit* for less than a hundred dollars, in a suit originally brought in the circuit court, and not reduced by set-off, does not carry costs to the plaintiff.

*Heard and decided July 11.*

Error to Lenawee Circuit.

John Duncan and Jedediah D. Cleveland brought an action of assumpsit in the circuit court for Lenawee county against Ira Ladd, upon a demand, claimed in their bill of particulars, which was served with, and formed a part of, the declaration in the cause, to amount to one hundred and twenty-five dollars. No set-off was proved or allowed, and the judgment was for fifty dollars and eighty-seven cents damages, and costs. The defendant brings the matter to this court for review, on writ of error, raising only the question of costs.

*Eldredge & Walker,* for plaintiff in error.

There was no appearance for defendants in error.

THE COURT held that the judgment for costs was erroneous, and that costs should have been awarded to the defendants. The judgment below must be modified accordingly as to costs.